WILLIAM DRURY *v.* SABRA ANN SINK.

COURTNEY DRURY *v.* SABRA ANN SINK.

AND

THOMAS WILLITT *v.* SABRA ANN SINK.

APPEALS from the Circuit Court of Mercer county; the Hon. JOHN S. THOMPSON, Judge, presiding.

These cases present the same state of facts as are decided in the foregoing opinion.

Messrs. GOUDY & CHANDLER, and Messrs. J. R. & I. N. BASSETT, for the appellants.

Mr. CHARLES BLANCHARD for the appellee.

PER CURIAM:—In each of the above cases the judgment will be reversed and the cause remanded. They present the same question as the preceding case of *Finch* v. *Sink.*

*Judgments reversed.*